THE HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MARLENE ELLIOT,<br><br>      Plaintiff,<br><br>  vs.<br><br>UNITED PARCEL SERVICE, INC., a foreign corporation.<br><br>      Defendant | Case No.: 07-05453 RBL<br><br>ORDER GRANTING WITHDRAWAL OF COUNSEL |

Pending before the Court is Plaintiff's Counsel's Motion to Withdraw (Dkt. #8). Defendant United Parcel Service opposes the motion (Dkt. #9).

This suit arises from Ms. Elliot's claims against UPS for employment discrimination and retaliatory termination. (Compl. 8-12). Counsel for Ms. Elliot seek to withdraw because of "irreconcilable differences with Plaintiff as to how this matter should proceed . . . ." (Pl.'s Mot. to Withdraw, 2) (Dkt. #8). Counsel states that Ms. Elliot has been notified, *Id*. at 1, and that she is interviewing replacement counsel. (Pl.'s Reply to Def.'s Resp. 3) (Dkt. #11).

UPS, in response, opposes the withdrawal fearing possible delay of the August 6th deadline for disclosure of experts; the October 6th deadline for discovery; and the November 4th deadline for dispositive

motions.  (Def's Resp. to Mot. to Withdraw, 1) (Dkt #9).  Plaintiff's Counsel has, in turn, replied that fears of delay are speculative. (Pl.'s Reply to Def.'s Resp. 3).

Local Rule GR 2(g)(4) provides: "[an] attorney will ordinarily be permitted to withdraw until sixty days before the discovery cutoff date in a civil case."

Because this motion is more than 60 days before the October 6th discovery cut-off date, and because worries of delay are, as of yet, unfounded, the Court **GRANTS** Plaintiff's Counsel's Motion to Withdraw (Dkt. #8).

Dated this 20th day of June, 2008

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE