THE HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MARLENE ELLIOTT, a single individual,<br><br>                Plaintiff,<br><br>   v.<br><br>UNITED PARCEL SERVICE, INC., a foreign corporation,<br><br>                Defendant. | No. C07-5453 RBL<br><br>ORDER GRANTING DEFENDANT'S MOTION TO COMPEL AND DENYING PLAINTIFF'S MOTION FOR EXTENSION OF TIME |

THIS MATTER is before the Court on Defendant United Parcel Service, Inc.'s Motion to Compel [Dkt. #14] and Plaintiff's Motion for an Extension of Time [Dkt. #16] so that she may locate and retain new counsel.  Plaintiff is pro se. The Court has reviewed the records and files herein.  Plaintiff has not responded to the Motion to Compel, other than to seek additional time for her deposition.

Defendant United Parcel Service, Inc.'s Motion to Compel is hereby GRANTED, and Plaintiff is ordered to fully respond to United Parcel Service, Inc.'s First Request for Answers to Interrogatories and for Production of Documents and Second Requests for Production of Documents pursuant to Fed. R. Civ. P. 37(a).  It is further ORDERED that failure to comply with outstanding discovery may result in an Order requiring Plaintiff to pay United Parcel Service, Inc.'s attorney's fees and expenses incurred in bringing a subsequent  motion.

Plaintiff's Motion for an Extension of Time is DENIED. Court-ordered deadlines are approaching, as is the trial date. Defendant cited just these sorts of potential issues when it opposed the withdrawal of Plaintiff's prior counsel. Defendant's fears were apparently warranted, and it would be prejudicial to Defendant to permit the Plaintiff to further delay the litigation.

DATED: October 6, 2008.

*/s/ Ronald B. Leighton*

RONALD B. LEIGHTON

UNITED STATES DISTRICT JUDGE